UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Jonathan Bijeol

   v.                                      Case No. 19-cv-749-JL

Victoria R. Catano, et al.

ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 8, 2020.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: September 2, 2020

cc:  Jonathan Bijeol, pro se
      Samantha Dowd Elliott, Esq.